**ORIGINAL**

CLERK'S OFFICE
D.C. Atlanta

JAN 13 2003

_____, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA ROSS,<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR INTERNATIONAL EDUCATION, INC. d/b/a VISITING INTERNATIONAL FACULTY PROGRAM,<br><br>Defendant. | CIVIL ACTION NO.1:02-CV-1166-CAM |

## CONSENT MOTION TO STAY PROCEEDINGS PENDING FILING OF DISMISSAL

The parties in this action, Plaintiff Patricia Ross (hereinafter "Plaintiff") and Defendant The Center for International Education, Inc. d/b/a Visiting International Faculty Program (hereinafter "Defendant"), respectfully submit to the Court this Consent Motion to Stay Proceedings Pending Filing of Dismissal in accordance with Federal Rule of Civil Procedure 16.

In support of their Motion the parties state as follows:

1. The parties have reached an agreement to resolve this matter and are

in the process of executing the settlement agreement terms.

2. The parties expect to have this matter finalized and file a dismissal with prejudice with this Court on or before January 31, 2003. The parties had expected to finalize this matter by January 13, 2003, but holiday schedules resulted in unanticipated delay.

3. The parties wish to preserve their respective rights with respect to all deadlines currently pending before this Court, until the settlement process is finalized.

WHEREFORE, the Plaintiff and Defendant pray that this honorable Court issue an Order amending the Scheduling Order to reflect that all motion-related deadlines in this matter are stayed until January 31, 2003.

Consented to by:

_/s/ Christopher Knight by CSP w/CSP permission_      _/s/_

| Christopher D. Vaughn | Cameron S. Pierce |
|---|---|

Christopher D. Vaughn
Georgia Bar No. 726226
MELVILLE JOHNSON, P.C.
Suite 222, The Grant Building
44 Broad Street
Atlanta, Georgia 30303
Telephone:(404) 524-9111
Facsimile:(404) 524-6611

Counsel for Plaintiff
Patricia Ross

Cameron S. Pierce
Georgia Bar No. 578680
Kathleen E. Mones
Georgia Bar No. 760735
Littler Mendelson
A Professional Corporation
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326.1008
Telephone: (404) 233-0330
Facsimile: (404) 233-2361

Counsel for Defendant
The Center for International Education, Inc.

Counsel for Plaintiff and Defendant certify by the above signatures that this Motion has been prepared with a font and point selection approved under LR 5.1B.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA ROSS, <br><br> Plaintiff, <br><br> v. <br><br> THE CENTER FOR INTERNATIONAL EDUCATION, INC. d/b/a VISITING INTERNATIONAL FACULTY PROGRAM, <br><br> Defendant. | CIVIL ACTION NO.1:02-CV-1166-CAM |

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing *Consent Motion to Stay Proceedings Pending Filing of Dismissal* has been served upon the following by mailing a copy via United States Mail, postage prepaid:

> Christopher D. Vaughn, Esq.
> Melville Johnson, P.C.
> 44 Broad Street, N.W.
> The Grant Building, Suite 222
> Atlanta, Georgia 30303

Dated this  13th  day of January 2003.

_____
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA ROSS,<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR INTERNATIONAL EDUCATION, INC. d/b/a VISITING INTERNATIONAL FACULTY PROGRAM,<br><br>Defendant. | CIVIL ACTION NO.1:02-CV-1166-CAM |

## ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS PENDING FILING OF DISMISSAL

For good cause shown, and with consent of all parties, it is hereby Ordered that:

All motion-related deadlines in this action are stayed through January 31, 2003, pending dismissal of this action.

So ORDERED this ____ day of _____, 2003.

_____
CHARLES A. MOYE, JR.
UNITED STATES DISCTRICT JUDGE