**Original**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA ROSS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.1:02-CV-1166-CAM |
| THE CENTER FOR INTERNATIONAL EDUCATION, INC. d/b/a VISITING INTERNATIONAL FACULTY PROGRAM, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and LR 41.1 of the Local Rules of the Northern District of Georgia, Plaintiff Patricia Ross and Defendant The Center for International Education, Inc. d/b/a Visiting International Faculty Program hereby withdraw all pending motions in this matter and stipulate to the dismissal of the above-styled civil action with prejudice, each party to bear its own fees and costs.

Consented to by:

| | |
|---|---|
| *(signature)* | *(signature)* |
| Christopher D. Vaughn | Cameron S. Pierce |
| Georgia Bar No. 726226 | Georgia Bar No. 578680 |
| Craig Queen | Kathleen E. Mones |
| Georgia Bar No. 590811 | Georgia Bar No. 760735 |
| MELVILLE JOHNSON, P.C. | Littler Mendelson |
| Suite 222, The Grant Building | A Professional Corporation |
| 44 Broad Street | 3348 Peachtree Road, N.E. |
| Atlanta, Georgia 30303 | Suite 1100 |
| Telephone:(404) 524-9111 | Atlanta, Georgia 30326.1008 |
| Facsimile:(404) 524-6611 | Telephone: (404)233-0330 |
| | Facsimile: (404)233-2361 |
| Counsel for Plaintiff | |
| Patricia Ross | Counsel for Defendant |
| | The Center for International Education, Inc. |

So ORDERED this _____ day of _____, 2003.

*[Stamped: Entered as dismissed pursuant to Rule 41(a)(1)(ii), F.R.C.P. Luther D. Thomas, Clerk By: _____ Deputy Clerk]*

_____
CLERK OF COURT

ATLANTA:131433.1 042518.1001
01/31/03